FILED

APR - 1 2026

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. **1 :26 CR 0 0 1 5 1** |
| v. | ) | |
| | ) | Title 21, United States Code, |
| RAYSHAWN WHITNER, | ) | Sections 841(a)(1), (b)(1)(C), |
| | ) | 843(b), 846; and Title 18, United |
| Defendant. | ) | States Code, Sections 922(g)(1) |
| | ) | and 924(a)(8) |

**JUDGE POLSTER**

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute
Fentanyl and Cocaine, 21 U.S.C. § 846)

The Grand Jury charges:

1.      On or about October 9, 2024 and continuing through December 15, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant RAYSHAWN WHITNER and others known and unknown to the Grand Jury did knowingly and intentionally combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of a fentanyl and cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(C).

## COUNT 2
### (Distribution of Fentanyl,
### 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2.      On or about July 8, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYSHAWN WHITNER did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
### (Possession with Intent to Distribute Fentanyl and Cocaine,
### 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3.      On or about December 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYSHAWN WHITNER did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl and cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
### (Felon in Possession of Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4.      On or about December 15, 2025, in the Northern District of Ohio, Eastern Division, Defendant RAYSHAWN WHITNER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Drug Trafficking, on August 16, 2022, in case number CR-18-632970, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce ammunition, to wit: Forty (40) rounds of Sellior and Bellot brand 9mm ammunition bearing headstamp "S & B 9x19 23," said

ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNTS 5-8
(Use of a Communications Facility to Facilitate a Felony Drug Offense,
21 U.S.C. § 843(b))

The Grand Jury further charges:

5.      On or about the dates listed below, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant RAYSHAWN WHITNER, did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Sections 846 and 841(a)(1):

| Count | Date | Time (EST) |
| --- | --- | --- |
| 5 | May 9, 2025 | 12:54 p.m. |
| 6 | July 8, 2025 | 6:53 a.m. |
| 7 | November 23, 2025 | 2:02 p.m. |
| 8 | December 12, 2025 | 1:38 p.m. |

All in violation of Title 21, United States Code, Section 843(b).


## FORFEITURE

The Grand Jury further charges:

6.      The allegations contained in Counts 1 through 8 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offense). As a result of the foregoing offenses, Defendant RAYSHAWN WHITNER shall forfeit to the United States: any and all property constituting, or derived from, any proceeds he obtained,

directly or indirectly, as the result of the drug offenses charged herein; any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and, all firearms and ammunition involved in or used in the commission of the firearms offense charged herein; including, but not limited to, the following: Forty (40) rounds of Sellior and Bellot brand 9mm ammunition bearing headstamp "S & B 9x19 23."

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.